PROB 12C
(7/93)

# United States District Court

for

### District of New Jersey

### Superseding

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Richard Sinde                                   Cr.: 90-00569-002

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway, U.S.D.J.

Date of Original Sentence: 01/14/92

Original Offense: Conspiracy to Possess with the Intent to Distribute Four Kilograms of Heroin

Original Sentence: 165 months imprisonment followed by 5 year term of supervised release.

Type of Supervision: Supervised release.                    Date Supervision Commenced: 01/08/03

Assistant U.S. Attorney: U.S. Attorney's Office    Defense Attorney: Federal Public Defender's Office

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | From September 1, 2004, through November 30, 2004, in the District of New Jersey, the defendant committed a state crime, Promoting Gambling, a 4th degree felony, in violation of N.J.S.A. 2C:37-2a(1), in that the defendant knowingly accepted or received money or other property, whereby he participated or would participate in the proceeds of a gambling activity, be engaging in bookmaking to the extent that he received or accepted three or more bets in any two week period. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 01/11/06

PROB 12C - Page 2
Richard Sinde

THE COURT ORDERS:

[✓] The Issuance of a Summons. Date of Hearing: *February 16, 2006 at 12:00 pm*
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1-23-06
Date