# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### NEWARK

**Minutes of Proceedings**

Judge **Joseph A. Greenaway, Jr.**          FEBRUARY 16, 2006
                                            Date of Proceedings

Court Reporter **Tom Brazaitis**

Deputy Clerk **Philip Selecky**

**Title of Case:**                          Docket # **Cr. 90-569-02**

U.S.A. v. Richard Sinde

Appearance:
Milagros Camacho, AUSA., for the govt.
David Holman, Esq., for the deft.
Paul Choinski, U.S. Probation.

**Nature of proceedings:** Violation of supervised release.
Deft., sworn.
Deft., plead guilty to condition #1 of the violation of supervised release petition.
Sentence: The term and conditions of supervised release will remain in place. The term will run concurrently to the sentence imposed in the Southern District of New York.

Time Commenced: 2:55 pm.
Time Adjourned: 3:35 pm.

_Philip Selecky_
Philip Selecky, Deputy Clerk