AO 245 D (Rev. 03/01) - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.                                                    Case Number     90-569-02

RICHARD  SINDE

Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Revocation of Probation or Supervised Release)
### (For Offenses Committed On or After November 1, 1987)

The defendant, JOHN SINDE, was represented by David Holman.

The defendant admitted guilt to violation number(s) 1 as stated on the violation petition.  Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation |
| --- | --- |
| 1 | 'Committed another crime' |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances. Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on 11/6/1991 remain in full force and effect, if not already paid.

Signed this the 23rd Day of February, 2006.

JOSEPH A. GREENAWAY, JR.
United States District Judge

Defendant's SSN: 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
Defendant's Date of Birth: 11/28/64
Defendant's address: 324 West Hudson Street, Englewood, N.J. 07631

AO 245 D (Rev. 03/01) - Judgment In a Criminal Case for Revocation

Judgment – Page 2 of 2

Defendant:   RICHARD SINDE
Case Number:   90-569-02

### SUPERVISED RELEASE

It is ordered and adjudged that the offender be continued on supervised release subject to all previously imposed standard and special conditions. The sentence shall run concurrently to the sentence imposed in the Southern District of New York.